UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS SHOLLAR,

    Plaintiff,

v.	Case No:   2:14-cv-392-FtM-29DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    The Plaintiff, Thomas Shollar filed a Complaint (Doc. 1) on July 23, 2014, seeking judicial review of a Decision by the Commissioner of Social Security.  Contemporaneously with the Complaint (Doc. 1), Plaintiff filed a Motion to Proceed *In Forma Pauperis* (Doc. 2) and an Affidavit of Indigency (Doc. 4). After review of the submissions of Plaintiff, the Court entered an Order (Doc. 8) which denied Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) because Plaintiff indicated he owns a home with an estimated value of $65,000.00, and he owns the home outright. The Motion to Proceed *In Forma Pauperis* (Doc. 2) was denied without prejudice to allow Plaintiff to file the long form of the Application to Proceed In District Court Without Prepaying Fees or Costs if he believed he would qualify or to pay the filing fee.   Plaintiff did not respond to the Order (Doc. 8).

    On September 4, 2014, the Court entered an Order to Show Cause (Doc. 9).  The Court allowed Plaintiff an additional fourteen (14) days to file the long form of the Application to Proceed In District Court Without Prepaying Fees or Costs or to pay the filing fee of $400.00. The Court cautioned Plaintiff that if he failed to comply with the Order, the Court would recommend

that his case be dismissed. The Court also required Plaintiff to show good cause why this action should not be dismissed for failure to comply with the prior Order (Doc. 8) entered on July 29, 2014. Mr. Shollar failed to respond to this Order.

A party is required to pay the filing fee when instituting any civil action, suit or proceeding. 28 U.S.C. §1914. Pursuant to Local Rule 3.10, "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." M.D. Fla. R. 3.10. By failing to provide an Application to Proceed In District Court Without Prepaying Fees or Costs or to pay the filing fee of $400.00, the Plaintiff is not diligently prosecuting this case.

**IT IS RESPECTFULLY RECOMMEDED:**

That this action be dismissed for failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida on September 29, 2014.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties